JACQUELINE M. JAMES, ESQ.

THE JAMES LAW FIRM
445 HAMILTON AVENUE
SUITE 1102
WHITE PLAINS, NY 10601

T: (914) 358 6423
F: (914) 358 6424
JJAMES@JACQUELINEJAMESLAW.COM
JACQUELINEJAMESLAW.COM

August 22, 2025

The Honorable Jesse M. Furman
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

*Re: 1:25-cv-01277-JMF; Plaintiff's Request for an Extension of Time Within Which to Effectuate Service on Defendant*

Dear Judge Furman,

    The James Law Firm, PLLC represents Plaintiff in the above captioned matter. This matter has been filed as a John Doe against the internet subscriber assigned the referenced IP address. Plaintiff respectfully requests an extension of the time within which to effectuate service on John Doe.

    On February 12, 2025, Plaintiff filed the instant case against John Doe subscriber assigned IP address 70.18.2.178 claiming Defendant's direct infringement of Plaintiff's works through BitTorrent protocol.

    On March 2, 2025, Plaintiff filed a Motion for Leave to Serve a Third-Party Subpoena Prior to a Rule 26(f) Conference ("Motion for Leave") in order to serve a third party subpoena on Defendant's ISP.

    On March 3, 2025, the Court granted Plaintiff leave to serve a third-party subpoena. Plaintiff served Defendant's ISP with a third-party subpoena on or about March 6, 2025, and in accordance with the time allowances provided to both the ISP and Defendant, expected to receive the ISP response on or about July 7, 2025.

    Plaintiff received the ISP response and is currently conducting a further investigation to assist in determining whether the individual identified by the ISP is the appropriate defendant for this action prior to attempting to effect service of process on that individual.

    Plaintiff respectfully requests that the deadline to effect service be extended to October 11, 2025. This extension should allow Plaintiff time to complete its further investigation and, if a good faith basis continues to exist, to proceed against that individual (or someone else), amend the Complaint, file a redacted version of the amended complaint, file a motion to be allowed to

1

file unredacted versions of the amended complaint, summons and return of service under seal to protect defendant's potential privacy interests, and attempt to effect service of process on that individual.

      For the foregoing reasons, Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Amended Complaint on Defendant be extended to October 11, 2025.

Respectfully Submitted,

By: /s/*Jacqueline M. James*
Jacqueline M. James, Esq. (1845)
The James Law Firm, PLLC
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
T: 914-358-6423
F: 914-358-6424
jjames@jacquelinejameslaw.com

**Application GRANTED. The Clerk of Court is directed to terminate ECF No. 14.**

SO ORDERED.

August 22, 2025

2